UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHIRMAI TSEHAYE,<br><br>                              Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>                              Respondents. | Case No.:  26cv-919-CAB-SBC<br><br>**ORDER ON AMENDED PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>[Doc. No. 17] |

This Court previously ordered Respondents to provide Petitioner a bond hearing. [Doc. No. 13.]  Petitioner received a bond hearing on April 8, 2026; the Immigration Judge ("IJ") denied bond finding Petitioner was a flight risk.  [Doc. No. 15.]  Petitioner has now filed an Amended Petition, [Doc. No. 17], asserting that "[t]he IJ and Government failed to provide clear [and] convincing evidence that I am a flight risk or danger."  [*Id.* at 6.]

As the Ninth Circuit has explained, "[Petitioner] pursued habeas review of the IJ's adverse bond determination before appealing to the BIA. This short cut was improper. [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

26-cv-919-CAB-SBC

Here, because Petitioner has not exhausted his administrative remedies the Court will not order a response to the Amended Petition and the case shall remain closed.

It is **SO ORDERED.**

Dated:  May 21, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

26-cv-919-CAB-SBC